# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35478

**Case Name** Fitz, et al. v. Rosenblum, et al.

**Counsel submitting this form** James Buchal

**Represented party/parties** All plaintiffs

*Briefly describe the dispute that gave rise to this lawsuit.*

This case presents a challenge to Oregon's ban on common ammunition magazines capable of holding more than 10 rounds of ammunition. Plaintiffs are an individual, two federally licensed firearms dealers, and two membership organizations (who bring this lawsuit on behalf of their members, including the other Plaintiffs in this case.

Plaintiffs claim that Oregon's magazine ban is unconstitutional under the Second and Fourteenth Amendments to the United States Constitution because it bans the possession, use, manufacture, sale, or transfer of ammunition magazines that are in common use for lawful purposes.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

Following trial on the merits, the district court held that Oregon's ban on ammunition magazines capable of holding more than ten rounds of ammunition was constitutional.

On appeal, the issue is whether Oregon's magazine ban is unconstitutional under the Second and Fourteenth Amendments to the United States Constitution because it bans the possession, use, manufacture, sale, or transfer of ammunition magazines that are in common use for lawful purposes.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below, though the district court has yet to enter final judgment following issuance of its order.

This case was consolidated with three others challenging the same Oregon law for trial purposes. One other case has been appealed to this court. See Azzopardi v. Rosenblum, No. 23-35479. The other two cases have not been appealed but may still be appealed. See Oregon Firearms Fed. v. Brown, No. 22-cv-1815 (D. Or.) and Eyre v. Rosenblum, No. 22-cv-1862 (D. Or.) There is a related case in state court challenging the same Oregon law at issue here. See Arnold v. Brown, No. 22CV41008 (Harney County). The law is currently preliminarily enjoined under a state court order in that litigation.

**Signature** s/ James L. Buchal  **Date** 07/24/2023
*(use "s/[typed name]" to sign electronically-filed documents)*