UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK FITZ; et al., | No. 23-35478 |
| Plaintiffs-Appellants, | D.C. Nos. 3:22-cv-01859-IM |
| v. | 2:22-cv-01815-IM |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | District of Oregon, Portland |
| | ORDER |
| Defendants-Appellees. | |

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE INC., | No. 23-35479 |
| Plaintiffs-Appellants, | D.C. No. 3:22-cv-01869-IM |
| v. | |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | |
| Defendants-Appellees. | |

| | |
|---|---|
| KATERINA B. EYRE; et al., | No. 23-35539 |
| Plaintiffs-Appellants, | D.C. Nos. 3:22-cv-01862-IM |
| v. | 2:22-cv-01815-IM |

OSA167

| | |
|---|---|
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | |
|         Defendants-Appellees, | |
| and | |
| OREGON ALLIANCE FOR GUN SAFETY, | |
|     Intervenor-Defendant-Appellee. | |
| OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; et al., | No. 23-35540<br><br>D.C. No. 2:22-cv-01815-IM |
|         Plaintiffs-Appellants, | |
|  v. | |
| KATE BROWN, Governor of the State of Oregon; et al., | |
|         Defendants-Appellees, | |
| and | |
| OREGON ALLIANCE FOR GUN SAFETY, | |
|     Intervenor-Defendant-Appellee. | |

Appellees Terrie Davie and Ellen Rosenblum's motion (Docket Entry No. 6) to consolidate is granted. Nos. 23-35478, 23-35479, 23-35539, and 23-35540 are consolidated.

The consolidated opening briefs are now due December 4, 2023. The consolidated answering briefs are due January 3, 2024. The optional consolidated reply briefs are due within 21 days after service of the last-served consolidated answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT