UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK FITZ; et al., | No.  23-35478 |
| Plaintiffs-Appellants, | D.C. Nos.  3:22-cv-01859-IM |
| | 2:22-cv-01815-IM |
| v. | District of Oregon, |
| | Portland |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | ORDER |
| Defendants-Appellees. | |

| | |
|---|---|
| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE INC., | No.  23-35479 |
| Plaintiffs-Appellants, | D.C. No. 3:22-cv-01869-IM |
| v. | |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | |
| Defendants-Appellees. | |

| | |
|---|---|
| KATERINA B. EYRE; et al., | No.  23-35539 |
| Plaintiffs-Appellants, | D.C. Nos.  3:22-cv-01862-IM |
| | 2:22-cv-01815-IM |

OSA113

v.

ELLEN ROSENBLUM, In her official
capacity as Attorney General of the State of
Oregon; TERRI DAVIE, In her official
capacity as Superintendent of the Oregon
State Police,

     Defendants-Appellees,

  and

OREGON ALLIANCE FOR GUN
SAFETY,

     Intervenor-Defendant-
     Appellee.

---

OREGON FIREARMS FEDERATION,
INC., an Oregon public benefit corporation;
et al.,

     Plaintiffs-Appellants,

  v.

KATE BROWN, Governor of the State of
Oregon; et al.,

     Defendants-Appellees,

  and

OREGON ALLIANCE FOR GUN
SAFETY,

     Intervenor-Defendant-
     Appellee.

No.  23-35540

D.C. No. 2:22-cv-01815-IM

Before:  RAWLINSON, BYBEE, and HURWITZ, Circuit Judges.

The motion to stay appellate proceedings (Docket Entry No. 10) is granted.

Proceedings are stayed pending resolution of *Duncan, et al. v. Bonta*, appeal No.

23-55805.