UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK FITZ; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; et al.,<br><br>Defendants-Appellees. | No. 23-35478<br><br>D.C. Nos. 3:22-cv-01859-IM<br>2:22-cv-01815-IM<br>District of Oregon, Portland<br><br>ORDER |
| DANIEL AZZOPARDI; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; et al.,<br><br>Defendants-Appellees. | No. 23-35479<br><br>D.C. No. 3:22-cv-01869-IM |
| KATERINA B. EYRE; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; et al., | No. 23-35539<br><br>D.C. Nos. 3:22-cv-01862-IM<br>2:22-cv-01815-IM |

Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

Intervenor-Defendant-Appellee.

OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; et al.,

Plaintiffs-Appellants,

v.

KATE BROWN, Governor of the State of Oregon; et al.,

Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

Intervenor-Defendant-Appellee.

No. 23-35540

D.C. No. 2:22-cv-01815-IM

These appeals have been held in abeyance since April 27, 2021, pending resolution of Appeal No. 23-55805.

The clerk will administratively close these appeals. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits. Any party may file a motion to reopen proceedings or for other appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT